HERBERT N. WARBASSE, Respondent, *v.* HERMAN GALITZKA and Others, Appellants, Impleaded with Others.

*Real property — right to possession.*

Appeal by defendants, Herman Galitzka and others, from a judgment of the Supreme Court, made at Special Term and entered in the office of the clerk of the county of Kings on the 27th day of November, 1914, and also from an order entered in said clerk's office on the 11th day of November, 1914.

PER CURIAM : The question upon this appeal is whether the plaintiff in possession of the premises in question is entitled to enjoin the defendants from taking by force such possession from him, and whether the defendants attempted to do that and indicated a disposition to continue such attempt. The evidence justifies the finding and judgment in regard to such issues. The question of the right of the plaintiff to the possession of the land sold to the G. I. G. Realty Company was not decided by the Trial Term, nor is it affected by our present decision. Should the question later arise, it will be taken up anew and decision made uninfluenced by the present determination. Nor is it understood that the judgment is so broad as to preclude the defendants from taking, without force, possession of the premises, provided they are entitled to the same. (*Bliss* v. *Johnson,* 73 N. Y. 529.) The judgment and order should be affirmed, with costs. Jenks, P. J., Thomas, Stapleton and Rich, JJ., concurred. The parties hereto having stipulated in open court that this case may be disposed of by a court of four, the decision is as follows: Judgment and order affirmed, with costs.

---

Herbert H. Gibbs, Respondent, v. Knickerbocker Savings and Loan Company, Appellant.— Motion for leave to appeal to the Court of Appeals denied. Present — Jenks, P. J., Thomas, Carr, Stapleton and Putnam, JJ.

The Link Realty and Construction Company, Respondent, v. Public

Construction Company, Appellant, and Others, Defendants.— Reargument ordered and case set down for Friday, May 7, 1915. Present — Jenks, P. J., Thomas, Rich and Putnam, JJ.